UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                         :

PETER A. TEELUCKSINGH,                   :

                     Plaintiff,       :

               -v-                 :           25 Civ. 9764 (JPC)

OFFICE OF THE NEW YORK STATE      :             ORDER
COMPTROLLER,                     :

                  Defendant.      :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Plaintiff Peter A. Teelucksingh initiated this action on November 24, 2025, by filing a Complaint against the Office of the New York State Comptroller.  Dkt. 1.  The Clerk of Court is respectfully directed to issue a Summons as to the Office of the New York State Comptroller.  Plaintiff should serve the Summons and Complaint upon the Office of the New York State Comptroller by February 22, 2026.  If service has not been made by that deadline, the Court may dismiss the Complaint under Rule 4(m) of the Federal Rules of Civil Procedure.  *See* Fed. R. Civ. P. 4(m).

       SO ORDERED.

Dated: December 3, 2025
       New York, New York                            JOHN P. CRONAN
                                        United States District Judge