**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PETER A. TEELUCKSINGH,

                              Plaintiff,                                          **ORDER**
                                                                              **25-CV-9764 (JPC) (JW)**
                    -against-

NEW YORK STATE COMPTROLLER
OFFICER,

                              Defendant.
------------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

        Plaintiff, who is *pro se*, filed Rule 26 Disclosures on ECF. Dkt. No. 24.  Plaintiff

should exchange discovery with Defendant directly and should not file any discovery

responses on the docket unless they are being included as part of a motion or letter

motion describing a discovery dispute to the Court.

        SO ORDERED.

DATED:     New York, New York
           May 22, 2026

                                                          _____
                                                          JENNIFER E. WILLIS
                                                          United States Magistrate Judge